## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| **WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,** | § | |
| | § | |
| | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **CIVIL ACTION NO. 6:20-cv-1163** |
| **v.** | § | |
| | § | **JURY TRIAL DEMANDED** |
| **SALESFORCE.COM, INC.,** | § | |
| | § | |
| **Defendant.** | § | |

## ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("Brazos" or "Plaintiff"), by and through its attorneys, files this Complaint for Patent Infringement against Defendant Salesforce.com, Inc. ("Salesforce") and alleges:

## NATURE OF THE ACTION

1.      This is a civil action for patent infringement arising under the Patent Laws of the United States, 35 U.S.C. §§ 1, et seq., including §§ 271, 281, 284, and 285.

## THE PARTIES

1.      Brazos is a limited liability corporation organized and existing under the laws of Delaware, with its principal place of business at 606 Austin Avenue, Suite 6, Waco, Texas 76701.

2.      Defendant Salesforce is a corporation organized and existing under the laws of Delaware that maintains an established place of business at 415 Mission Street, 3rd Floor, San Francisco, California 94105.

## JURISDICTION AND VENUE

3.      This is an action for patent infringement which arises under the Patent Laws of the

United States, in particular, 35 U.S.C. §§271, 281, 284, and 285.

4.      This Court has jurisdiction over the subject matter of this action under 28 U.S.C.

§§ 1331 and 1338(a).

5.      This Court has specific and general personal jurisdiction over Defendant pursuant

to due process and/or the Texas Long Arm Statute because Defendant has committed acts giving

rise to this action within Texas and within this judicial district. The Court's exercise of jurisdiction

over Defendant would not offend traditional notions of fair play and substantial justice because

Salesforce has established minimum contacts with the forum. For example, on information and

belief, Defendant has committed acts of infringement in this judicial district, by among other

things, selling and offering for sale products that infringe the asserted patent, directly or through

intermediaries, as alleged herein.

6.      Venue in the Western District of Texas is proper pursuant to 28 U.S.C. §§1391 and

1400(b) because Defendant has committed acts of infringement in this judicial district and has

regular and established places of business in this judicial district and in Texas. As non-limiting

examples, on information and belief, Defendant uses office space in Austin for client meetings.

Salesforce has more than 300 employees that work in this judicial district, including employees

working in the cities of Waco, Austin, and San Antonio.  The titles of said employees include

"Vice President," "Principal Architect," and "Senior Director."

7.      Upon information and belief, the majority of Salesforce's nationwide workforce is

working from home and will continue to be allowed to do so until at least August of 2021. Upon

information and belief, some of the Salesforce employees working in the Western District utilize

their home as a principal place of business for Salesforce.  Additionally, such employees are allowed to advertise that they are, for example, an Austin Salesforce employee.  Because of such representations, local magazines advertise Salesforce as having a place of busines in Austin.



Source: https://www.builtinaustin.com/company/salesforce

<u>**COUNT ONE - INFRINGEMENT OF U.S. PATENT NO. 7,551,731**</u>

1.      Brazos re-alleges and incorporates by reference the preceding paragraphs of this Complaint.

2.      On June 23, 2009, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 7,551,731 ("the '731 Patent"), entitled "Flexible caller ID and calling name information presentation." A true and correct copy of the '731 Patent is attached as Exhibit A to this Complaint.

3.     Brazos is the owner of all rights, title, and interest in and to the '731 Patent, including the right to assert all causes of action arising under the '731 Patent and the right to any remedies for the infringement of the '731 Patent.

4.     Salesforce makes, uses, sells, offers for sale, imports, and/or distributes in the United States, including within this judicial district, products such as, but not limited to, Salesforce Communities (collectively, the "Accused Products").

5.     Salesforce Communities are branded spaces for employees, customers, and partners to connect. An admin can customize and create communities to meet their business needs, then transition seamlessly between them.

Source:  https://help.salesforce.com/articleView?id=networks_overview.htm&type=5

6.     Salesforce Communities provide customizable navigation menu components. These navigation menu items can include Salesforce objects, topics, URL to external sites, and menu labels.

SALESFORCE HELP > DOCS > SET UP AND MANAGE SALESFORCE COMMUNITIES

## Navigation Menu

The navigation menu component extends your community's navigation beyond navigational topics. Navigation menu items can include Salesforce objects, topics, pages in your community, URLs to external sites, and menu labels. Menu labels are parent headings under which you can nest other menu items. You can also enable the App Launcher to make it easy for members to switch between their communities and their Salesforce org.

Source:
https://help.salesforce.com/articleView?id=rss_setup_nav_menu.htm&type=5#rss_setup_nav_menu

7.      A Salesforce Community admin can enable detection of the location of user devices. As an example, an admin can use a 'navigation.geolocation' object to detect location. To improve the location, an admin can also use a 'sforce' Javascript object to detect the location of user devices that access the Salesforce communities (receiving location information associated with a device).

Device browsers and webview equivalents do have the ability to find a user's location using the `navigator.geolocation` object, but the reliability and accuracy leaves something to be desired. Its implementation and inner workings is also a complete black box with very little information or how it actually works. The native Location APIs appear to be much more robust and accurate. The native OS Location APIs use not only GPS, but also Wifi, cellular, and Bluetooth signals to improve location accuracy. I am almost certain `navigator.geolocation` does not do this, but again, it a black box and there appears to be no public documentation on the implementation per OS.

This Idea is to propose extending the Salesforce `sforce` JavaScript object to support native device location APIs. The API implementation and response object would be the exact same same as `navigator.geolocation`.

It would look something like this:

```
sforce.geolocation.getCurrentPosition(function(position) {

 do_something(position.coords.latitude, position.coords.longitude);

});
```

I understand this behavior would vary based on the container it is being called form. In a device Browser (Safari,Chrome) it would simply be a proxy for the normal `navigator.geolocation`. If running inside the Salesforce1 application it would access the native device Location APIs. Both iOS and Android have all the necessary methods to rebuild the `position.coords` object.

Source: https://success.salesforce.com/ideaView?id=0873A000000Tr2oQAC.

8.      The Accused Products allow the selection of menu items associated with two or more different services based on the location information.

9.      A Salesforce Community admin can add menu items. The menu items can represent items such as Community Pages, External URL, Global Action, Menu Label, Navigation Topic, and Salesforce Object.

5. To add a menu item:
   a. Click **Add Menu Item**.
   b. Enter the name you want to use in the navigation menu for this item.
   c. Select the type of item you're navigating to.
   Options include:
- Community Page–Links to a page inside your community using a relative URL. For example, `/contactsupport`.
- External URL–Links to a URL outside of your community. For example, `http://www.salesforce.com`.
- Global Action–Links to a global action. For example, `New  Case`.
- Menu Label–Adds a parent heading for your navigation menu. Nest items underneath the menu label.
- Navigational Topic–A dropdown with links to the navigational topics in your community. Navigational topics are set up in Community Management.
- Salesforce Object–Available objects include accounts, cases, campaigns, contracts, contacts, dashboards, groups, leads, opportunities, orders, price books, products, quotes, reports, tasks, work orders, and any custom objects.

Source:
https://help.salesforce.com/articleView?id=rss_setup_nav_menu.htm&type=5#rss_setup_nav_menu.

10.      Salesforce customization allows users to add different types of menu items using toolbars. Each menu item provides a different service to the user.



Source: https://www.youtube.com/watch?v=eMoC2xeG5Ms, Timestamp:0:27.

For the same webpage, Salesforce provides options to have different menu items.



Set Up Navigation Menu Variations and Tile Menu for Salesforce Community

Source: https://www.youtube.com/watch?v=eMoC2xeG5Ms, Timestamp:0:56.

11.    One such example Salesforce Community is "community.logitech.com," which was built using the Accused Product.



Source: https://www.youtube.com/watch?v=mwdgueihnXA.

12.     The website community.logitech.com supports different menu items based on the location. Six menu items are shown in the below figure, including "Business Support Home" and "Register a Product."



Source: https://support.logi.com/hc/en-us/community/topics.

13.    The Accused Product presents the selected menu items in a bridge that is a user interface element common to the two or more different services.

14.    As a non-limiting example, the Salesforce Navigation Menu acts as a bridge between the menu items of a website and a mobile application.



Source:
https://help.salesforce.com/articleView?id=rss_setup_nav_menu.htm&type=5#rss_setup_nav_menu

15.     Salesforce Community was used to build the Logitech community.

16.     A Salesforce Community admin can use an 'sforce' Javascript object to detect the location of a user device while accessing the Salesforce communities. These functions extract the location information.

Device browsers and webview equivalents do have the ability to find a user's location using the `navigator.geolocation` object, but the reliability and accuracy leaves something to be desired. Its implementation and inner workings is also a complete black box with very little information or how it actually works. The native Location APIs appear to be much more robust and accurate. The native OS Location APIs use not only GPS, but also Wifi, cellular, and Bluetooth signals to improve location accuracy. I am almost certain `navigator.geolocation` does not do this, but again, it i a black box and there appears to be no public documentation on the implementation per OS.

This Idea is to propose extending the Salesforce `sforce` JavaScript object to support native device location APIs. The API implementation and response object would be the exact same as `navigator.geolocation`.

It would look something like this:

```
sforce.geolocation.getCurrentPosition(function(position) {

 do_something(position.coords.latitude, position.coords.longitude);

});
```

I understand this behavior would vary based on the container it is being called form. In a device Browser (Safari,Chrome) it would simply be a proxy for the normal `navigator.geolocation`. If running inside the Salesforce1 application it would access the native device Location APIs. Both iOS and Android have all the necessary methods to rebuild the `position.coords` object.

Source: https://success.salesforce.com/ideaView?id=0873A000000Tr2oQAC.

17.     Each Salesforce Community has one associated "Site.com." "Site.com" enables Salesforce community users to add custom branded pages to the community. "Site.com" allows the users to customize the community interface.

Create a Site.com Community

Each community has one associated Site.com site that lets you add custom, branded pages to your community. By default, Site.com pages are publicly available and don't require login, but you can also create private pages that only community members can access.

Source:
https://help.salesforce.com/articleView?id=siteforce_communities_overview.htm&type=5.



Source: https://help.salesforce.com/articleView?id=siteforce_communities_using.htm&type=5.

18.    Salesforce Community builder provides an option to create a multilingual community with "Site.com."

19.    The translated content for each language can be added, and community visitors can choose their preferred language. Also, the language of the menu items can be presented in different languages.



Source: https://help.salesforce.com/articleView?id=customize_wbench.htm&type=5

20.     Salesforce Community uses a translation workbench to translate the menu items. A

five-character locale code is used to identify languages according to the geographic location.



Source:https://developer.salesforce.com/docs/atlas.en-
us.api_meta.meta/api_meta/meta_translations.htm.

21.     Salesforce Community builder builds the website to be accessed across multiple

regions in different languages. A user can also select the language for website surfing, for example,

as shown in the example drop-down list in the Logitech community below.



Source: https://support.logi.com/hc/en-us/community/topics.

22.     In the Accused Products, selected menu items are presented in determined languages.

23.     A user can also manually change the region and select a different language in which to surf the Salesforce-based community.  As a non-limiting example, the top right icon in the below figure can change the location. In the first figure below, the United States has been selected as the country.  When the country is changed to France, as demonstrated in the second figure, the menu items appear in the French language.



Source: https://support.logi.com/hc/en-us/community/topics.



Source: https://support.logi.com/hc/fr-be/community/topics.

24.    In the Accused Product, the menu items are associated with the two or more different services that are available to the device based on the location information.

25.    As a non-limiting example, the Salesforce Community build website "community.logitech" supports different menu items based on the location. With reference to the example below, six menu items are shown in a different language as per location information.



Source: https://support.logi.com/hc/fr-be/community/topics.

26.     The Accused Products have at least one menu item associated with the two or more different services that are presented in a manner that indicates that the at least one menu item is unavailable to the device at the location indicated by the location information associated with the device.

27.     For the same webpage, Salesforce provides an option to have different menu items. These menu items can be based on location.



Source: https://www.youtube.com/watch?v=eMoC2xeG5Ms, Timestamp:0:56.

28.     A non-limiting example can be seen in the Salesforce Community built Logitech Community. In the USA, users can choose "Orders/Returns/Refunds," while in France, users can

only select from "Retours/Remboursements" ("Returns/Refunds"). Certain menu items may not be available based on the location of the user.



Source: https://support.logi.com/hc/en-us/community/topics.



Source: https://support.logi.com/hc/fr-be/community/topics.

29.     In view of preceding paragraphs, each and every element of at least claim 1 of the '731 Patent is found in the Accused Products.

30.     Salesforce continues to directly infringe at least one claim of the '731 Patent, literally or under the doctrine of equivalents, by making, using, selling, offering for sale, importing, and/or distributing the Accused Products in the United States, including within this judicial district, without the authority of Brazos.

31.     Salesforce has received notice and actual or constructive knowledge of the '731 Patent since at least the date of service of this Complaint.

32.     Since at least the date of service of this Complaint, through its actions, Salesforce has actively induced product makers, distributors, retailers, and/or end users of the Accused Products to infringe the '731 Patent throughout the United States, including within this judicial district, by, among other things, advertising and promoting the use of the Accused Products in various websites, including providing and disseminating product descriptions, operating manuals, and other instructions on how to implement and configure the Accused Products. Examples of such advertising, promoting, and/or instructing include the documents at:

• https://help.salesforce.com/articleView?id=service_cloud.htm&type=5

• https://help.salesforce.com/articleView?id=cti_admin_phonelayoutscreate.htm&type=5https://www.youtube.com/watch?v=UHXsKW0P1m4

• https://help.salesforce.com/articleView?id=support_admins_intro.htm&type=5

• https://help.salesforce.com/articleView?id=rules_escalation_rule_entry.htm&type=5

• https://help.salesforce.com/articleView?id=rules_escalation_create.htm&type=5

• https://help.salesforce.com/articleView?id=rules_escalation_actions.htm&type=5

• https://help.salesforce.com/articleView?id=cases_fields.htm&type=5

• https://www.salesforce.com/eu/form/conf/demo-service/?leadcreated=true&redirect=true&chapter=&DriverCampaignId=70130000000lxDoAAI&player=&FormCampaignId=70130000000snvj&videoId=&playlistId=&mcloudHandlingInstructions=&landing_page=

33.     Since at least the date of service of this Complaint, through its actions, Salesforce has contributed to the infringement of the '731 Patent by having others sell, offer for sale, or use the Accused Products throughout the United States, including within this judicial district, with knowledge that the Accused Products infringe the '731 Patent. The Accused Products are especially made or adapted for infringing the '731 Patent and have no substantial non-infringing use. For example, in view of the preceding paragraphs, the Accused Products contain functionality which is material to at least one claim of the '731 Patent.

## JURY DEMAND

Brazos hereby demands a jury on all issues so triable.

## REQUEST FOR RELIEF

WHEREFORE, Brazos respectfully requests that the Court:

(A)     Enter judgment that Salesforce infringes one or more claims of the '731 Patent literally and/or under the doctrine of equivalents;

(B)     Enter judgment that Salesforce has induced infringement and continues to induce infringement of one or more claims of the '731 Patent;

(C)     Enter judgment that Salesforce has contributed to and continues to contribute to the infringement of one or more claims of the '731 Patent;

(D)     Award Brazos damages, to be paid by Salesforce in an amount adequate to compensate Brazos for such damages, together with pre-judgment and post-judgment interest for the infringement by Salesforce of the '731 Patent through the date such judgment is entered in accordance with 35 U.S.C. § 284, and increase such award by up to three times the amount found or assessed in accordance with 35 U.S.C. § 284;

(E)     Declare this case exceptional pursuant to 35 U.S.C. § 285; and

(F)     Award Brazos its costs, disbursements, attorneys' fees, and such further and additional relief as is deemed appropriate by this Court.

Dated: December 18, 2020                    Respectfully submitted,

                                            */s/ James L. Etheridge*
                                            James L. Etheridge
                                            Texas State Bar No. 24059147
                                            Ryan S. Loveless
                                            Texas State Bar No. 24036997
                                            Travis L. Richins
                                            Texas State Bar No. 24061296
                                            ETHERIDGE LAW GROUP, PLLC
                                            2600 E. Southlake Blvd., Suite 120 / 324
                                            Southlake, Texas 76092
                                            Telephone: (817) 470-7249
                                            Facsimile: (817) 887-5950
                                            Jim@EtheridgeLaw.com
                                            Ryan@EtheridgeLaw.com
                                            Travis@EtheridgeLaw.com

                                            **COUNSEL FOR PLAINTIFF**