# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| **WSOU INVESTMENTS, LLC D/B/A** | § | |
| **BRAZOS LICENSING AND** | § | **CIVIL ACTION 6:20-cv-01163-ADA** |
| **DEVELOPMENT,** | § | **CIVIL ACTION 6:20-cv-01164-ADA** |
| *Plaintiff*, | § | **CIVIL ACTION 6:20-cv-01165-ADA** |
| | § | **CIVIL ACTION 6:20-cv-01166-ADA** |
| | § | **CIVIL ACTION 6:20-cv-01167-ADA** |
| | § | **CIVIL ACTION 6:20-cv-01168-ADA** |
| **v.** | § | **CIVIL ACTION 6:20-cv-01169-ADA** |
| | § | **CIVIL ACTION 6:20-cv-01170-ADA** |
| | § | **CIVIL ACTION 6:20-cv-01171-ADA** |
| | § | **CIVIL ACTION 6:20-cv-01172-ADA** |
| **SALESFORCE.COM, INC.,** | § | |
| *Defendant.* | § | |

## NOTICE OF APPEARANCE OF COUNSEL

**TO THE HONORABLE COURT:**

Plaintiff hereby notifies the Court that Mark D. Siegmund of Walt Fair, PLLC, 1508 North Valley Mills Drive, Waco, Texas 76710 makes a formal entry of appearance in the above-styled and numbered causes as counsel for Plaintiff, WSOU Investments, LLC. The undersigned counsel requests a copy of all pleadings, discovery, correspondence and orders be sent to him.

DATED:  December 21, 2020    Respectfully submitted,

By: */s/ Mark D. Siegmund*_____
Mark D. Siegmund
State Bar No. 24117055
mark@waltfairpllc.com
**Law Firm of Walt, Fair PLLC.**
1508 North Valley Mills Drive
Waco, Texas 76710
Telephone: (254) 772-6400
Facsimile: (254) 772-6432

*Counsel for Plaintiff WSOU Investments, LLC*

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument was served or delivered electronically via U.S. District Court [LIVE]- Document Filing System, to all counsel of record, on this the 21st day of December 2020.

/s/ *Mark D. Siegmund*
Mark D. Siegmund