## UNITED STATES DISTRICT COURT
### for the
### WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| WSOU INVESTMENTS LLC, § | |
| § | |
| Plaintiff(s), § | |
| v. § | Civil Action No. <u>6:20-CV-01163-ADA</u> |
| § | |
| SALESFORCE.COM, INC., § | |
| Defendant(s). § | |

### RETURN OF SERVICE

Came to my hand on **Saturday, February 27, 2021 at 4:49 PM**,
Executed at: **1999 BRYAN ST., STE. 900, DALLAS, TX 75201**
within the county of **DALLAS** at **10:45 AM**, on **Monday, March 1, 2021**,
by delivering to the within named:

### SALESFORCE.COM, INC.

By delivering to its **Registered Agent, C T CORPORATION SYSTEM**
By personally delivering to its **Authorized Agent, LATOYA STERNS**
a true copy of this

**SUMMONS IN A CIVIL ACTION, ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT WITH EXHIBIT A, AND CIVIL COVER SHEET**

having first endorsed thereon the date of the delivery.

BEFORE ME, the undersigned authority, on this day personally appeared Ernesto Martin Herrera who after being duly sworn on oath states: "My name is Ernesto Martin Herrera. I am a person not less than eighteen (18) years of age and I am competent to make this oath. I am a resident of the State of Texas. I have personal knowledge of the facts and statements contained herein and aver that each is true and correct. I am not a party to nor related or affiliated with any party to this suit. I have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I am familiar with the Texas Rules of Civil Procedure, and the Texas Civil Practice and Remedies Codes as they apply to service of process. I am certified by the Judicial Branch Certification Commission to deliver citations and other notices from any District, County and Justice Courts in and for the State of Texas in compliance with rule 103 and 501.2 of the TRCP.

By: _____
**Ernesto Martin Herrera** - PSC 4418 - Exp 11/30/21

Subscribed and Sworn to by Ernesto Martin Herrera, Before Me, the undersigned authority, on this <u>1st</u> day of March, 2021.



CHARITY N COLEMAN
Notary Public
STATE OF TEXAS
ID#12523831-2
My Comm. Exp. Mar. 21, 2021

Notary Public in and for the State of Texas

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

WSOU INVESTMENTS LLC,
*Plaintiff*

V.

Civil Action No. **6:20-CV-01163-ADA**

SALESFORCE.COM, INC.,
*Defendant*

### SUMMONS IN A CIVIL ACTION

TO: Salesforce.com, Inc.
c/o its registered agent, C T Corporation System
1999 Bryan St., Ste. 900
Dallas, TX 75201-3136 USA

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James L. Etheridge
Etheridge Law Group, PLLC
2600 E. Southlake Blvd., Suite 120-324
Southlake, TX 76092

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**JEANNETTE J. CLACK**
CLERK OF COURT
**s/AKEITA MICHAEL**
DEPUTY CLERK



ISSUED ON 2021-02-24 16:04:19

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 6:20-CV-01163-ADA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☐ I left the summons at the individual's resident or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other (specify): _____
_____
_____

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's Address

Additional information regarding attempted sevice, etc:
_____
_____

**RETURN / AFFIDAVIT PROOF / ATTACHED**