# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>    Plaintiff,<br><br>v.<br><br>SALESFORCE.COM, INC.<br><br>    Defendant. | Civil Action No.: 6:20-cv-1163-ADA<br><br>**JURY TRIAL DEMANDED** |

## MOTION FOR EXTENSION OF TIME TO ANSWER

Defendant salesforce.com, inc. hereby moves for an extension of forty five (45) days to answer or otherwise respond to Plaintiff's complaint. The current deadline for Defendant to answer or otherwise respond to the complaint is March 22, 2021. Defendant seeks an extension to May 6, 2021 as the new deadline to answer or otherwise respond to Plaintiff's complaint. Counsel for Defendant has conferred with counsel for Plaintiff, and the Plaintiff is unopposed to this motion.

Dated:  March 15, 2021                    <u>*/s/ Sam Stake*</u>
                                          Scott L. Cole
                                          scottcole@quinnemanuel.com
                                          Quinn Emanuel Urquhart & Sullivan, LLP
                                          5209 Spanish Oaks Club Blvd.
                                          Austin TX 78738
                                          Telephone: (512) 348-2206

                                          Kevin P.B. Johnson
                                          kevinjohnson@quinnemanuel.com
                                          Todd Briggs
                                          toddbriggs@quinnemanuel.com
                                          Quinn Emanuel Urquhart & Sullivan, LLP
                                          555 Twin Dolphin Drive, 5th Floor
                                          Redwood Shores, CA 94065
                                          Telephone: (650) 801-5000
                                          Facsimile: (650) 801-5100

                                          Sam Stake
                                          samstake@quinnemanuel.com
                                          Quinn Emanuel Urquhart & Sullivan, LLP
                                          50 California Street, Floor 22,
                                          San Francisco CA 94111
                                          Telephone: (415) 875-6600
                                          Facsimile: (415) 875-6700

                                          *Counsel for Defendant*
                                          *salesforce.com, inc.*

## **CERTIFICATE OF SERVICE**

      Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on March 15, 2021, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

Dated:  March 15, 2021                */s/ Sam Stake*_____
                                            Sam Stake