UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>  Plaintiff,<br><br>v.<br><br>SALESFORCE.COM, INC.<br><br>  Defendant. | Civil Action No.: 6:20-cv-1163-ADA<br><br>**JURY TRIAL DEMANDED** |

## ORDER GRANTING MOTION FOR EXTENSION OF TIME TO ANSWER

The Court, having considered Defendant salesforce.com, inc.'s motion for extension of time to answer or otherwise respond to Plaintiff's complaint, finds that the motion for extension of time has merit and thus hereby GRANTS the motion for an extension.

Accordingly, the deadline for Defendant salesforce.com, inc. to answer or otherwise respond is extended until and including May 6, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE