AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| WSOU INVESTMENTS, LLC | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 6:20-cv-1163-ADA |
| SALESFORCE.COM, INC. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

defendant salesforce.com, inc.

Date: 03/15/2021

/s/ Sam Stake
*Attorney's signature*

Sam Stake (SBN 257916)
*Printed name and bar number*

Quinn Emanuel Urquhart & Sullivan, LLP
50 California Street, Floor 22,
San Francisco CA 94111
*Address*

samstake@quinnemanuel.com
*E-mail address*

(415) 875-6600
*Telephone number*

(415) 875-6700
*FAX number*