AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| WSOU INVESTMENTS, LLC | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 6:20-cv-1163-ADA |
| SALESFORCE.COM, INC. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

defendant salesforce.com, inc.

Date:   03/15/2021

/s/ Kevin P.B. Johnson
*Attorney's signature*

Kevin, P.B. Johnson (SBN 177129)
*Printed name and bar number*

Quinn Emanuel Urquhart & Sullivan LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores CA 94065

*Address*

kevinjohnson@quinnemanuel.com
*E-mail address*

(650) 801-5000
*Telephone number*

(650) 801-5000
*FAX number*