AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| WSOU INVESTMENTS, LLC | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.  6:20-cv-1163-ADA |
| SALESFORCE.COM, INC. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

defendant salesforce.com, inc.                                                                                      .

Date:      03/15/2021                                              /S/ Scott L. Cole
                                                                            *Attorney's signature*

                                                              Scott L. Cole (SBN 00790481)
                                                                *Printed name and bar number*

                                                              Quinn Emanuel Urquhart & Sullivan LLP
                                                              5209 Spanish Oaks Club Blvd.
                                                              Austin TX 78738
                                                                            *Address*

                                                              scottcole@quinnemanuel.com
                                                                            *E-mail address*

                                                              (512) 348-2206
                                                                            *Telephone number*

                                                                            *FAX number*