# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC D/B/A | § | |
| BRAZOS LICENSING AND | § | CIVIL ACTION 6:20-cv-01163-ADA |
| DEVELOPMENT, | § | CIVIL ACTION 6:20-cv-01164-ADA |
| *Plaintiff*, | § | CIVIL ACTION 6:20-cv-01165-ADA |
| | § | CIVIL ACTION 6:20-cv-01166-ADA |
| v. | § | CIVIL ACTION 6:20-cv-01167-ADA |
| | § | CIVIL ACTION 6:20-cv-01168-ADA |
| SALESFORCE.COM, INC., | § | CIVIL ACTION 6:20-cv-01169-ADA |
| *Defendant*. | § | CIVIL ACTION 6:20-cv-01170-ADA |
| | § | CIVIL ACTION 6:20-cv-01171-ADA |
| | § | CIVIL ACTION 6:20-cv-01172-ADA |

## UNOPPOSED MOTION TO ENTER SCHEDULING ORDER

**TO THE HONORABLE COURT:**

Pursuant to the Court's Order to meet and confer in advance of the Rule 16 Case Management Conference, Court's Order Governing Proceedings ("OGP"), and the Court's October 29, 2021 order, WSOU submits this Proposed Scheduling Order for the above referenced cases. The Proposed Scheduling Order is attached as Exhibit A.

DATED:  November 29, 2021                     Respectfully submitted,

By: */s/ Mark D. Siegmund*_____
Mark D. Siegmund
State Bar No. 24117055
mark@swclaw.com
**STECKLER WAYNE COCHRAN CHERRY PLLC**
8416 Old McGregor Road
Waco, Texas 76712
Telephone: (254) 651-3690
Facsimile: (254) 651-3689

James L. Etheridge
Texas Bar No. 24059147
Ryan S. Loveless
Texas Bar No. 24036997
Brett A. Mangrum
Texas Bar No. 24065671
Travis L. Richins
Texas Bar No. 24061296
Jeff Huang
Etheridge Law Group
2600 E. Southlake Blvd., Suite 120/324
Southlake, Texas 76092
Tel.: (817) 470-7249
Fax: (817) 887-5950
Jim@EtheridgeLaw.com
Ryan@EtheridgeLaw.com
Brett@EtheridgeLaw.com
Travis@EtheridgeLaw.com
Jeff@EtheridgeLaw.com

*Counsel for Plaintiff WSOU Investments, LLC*