# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC D/B/A | § | |
| BRAZOS LICENSING AND | § | CIVIL ACTION 6:20-cv-01163-ADA |
| DEVELOPMENT, | § | CIVIL ACTION 6:20-cv-01164-ADA |
| *Plaintiff*, | § | CIVIL ACTION 6:20-cv-01165-ADA |
| | § | CIVIL ACTION 6:20-cv-01166-ADA |
| v. | § | CIVIL ACTION 6:20-cv-01167-ADA |
| | § | CIVIL ACTION 6:20-cv-01168-ADA |
| SALESFORCE.COM, INC., | § | CIVIL ACTION 6:20-cv-01169-ADA |
| *Defendant.* | § | CIVIL ACTION 6:20-cv-01170-ADA |
| | § | CIVIL ACTION 6:20-cv-01171-ADA |
| | § | CIVIL ACTION 6:20-cv-01172-ADA |

## **SCHEDULING ORDER**

| | |
|---|---|
| **September 22, 2021** | Parties exchange proposed claim constructions. |
| **September 29, 2021** | Parties disclose extrinsic evidence. The parties shall disclose any extrinsic evidence, including the identity of any expert witness they may rely upon in their opening brief with respect to claim construction or indefiniteness. With respect to any expert identified, the parties shall identify the scope of the topics for the witness's expected testimony. With respect to items of extrinsic evidence, the parties shall identify each such item by production number or produce a copy of any such item if not previously produced. |
| **October 6, 2021** | Deadline to meet and confer to narrow terms in dispute and exchange revised list of terms/constructions. |
| **October 13, 2021** | Defendant files Opening claim construction brief, including any arguments that any claim terms are indefinite. |
| **November 3, 2021** | Plaintiff files Responsive claim construction brief. |
| **November 17, 2021** | Defendant files Reply claim construction brief. |

| **December 1, 2021** | Plaintiff files Sur-Reply claim construction brief. |
|---|---|
| **December 6, 2021** | Parties submit Joint Claim Construction Statement<br><br>See General Issues Note #8 regarding providing copies of the briefing to the Court and the technical advisor (if appointed). |
| **December 3, 2021** | Parties submit optional technical tutorials to the Court and technical advisor (if appointed). |
| **December 15, 2021** | *Markman* hearing at 9:00 a.m. |
| **December 16, 2021** | Fact Discovery opens; deadline to serve Initial Disclosures per Rule 26(a). |
| **January 12, 2022** | Deadline to add parties. |
| **January 26, 2022** | Deadline to serve Final Infringement and Invalidity Contentions. After this date, leave of Court is required for any amendment to Infringement o Invalidity contentions. This deadline does not relieve the Parties of their obligation to seasonably amend if new information is identified after initial contentions. |
| **February 23, 2022** | Deadline to amend pleadings.  A motion is not required unless the amendment adds patents or claims. |
| **June 1, 2022** | Deadline for the first of two meet and confers to discuss significantly narrowing the number of claims asserted and prior art references at issue. Unless the parties agree to the narrowing, they are ordered to contact the Court's Law Clerk to arrange a teleconference with the Court to resolve the disputed issues. |
| **June 29, 2022** | Close of Fact Discovery. |
| **July 6, 2022** | Opening Expert Reports. |
| **August 3, 2022** | Rebuttal Expert Reports. |
| **August 24, 2022** | Close of Expert Discovery. |

|  |  |
|---|---|
| **August 31, 2022** | Deadline for the second of two meet and confers to discuss narrowing the number of claims asserted and prior art references at issue to triable limits. To the extent it helps the parties determine these limits, the parties are encouraged to contact the Court's Law Clerk for an estimate of the amount of trial time anticipated per side. The parties shall file a Joint Report within 5 business days regarding the results of the meet and confer. |
| **September 7, 2022** | Dispositive motion deadline and *Daubert* motion deadline. |
| **September 21, 2022** | Serve Pretrial Disclosures (jury instructions, exhibit lists, witness lists, discovery and deposition designations). |
| **October 5, 2022** | Serve objections to pretrial disclosures/rebuttal disclosures. |
| **October 12, 2022** | Serve objections to rebuttal disclosures and file motions *in limine*. |
| **October 19, 2022** | File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibit lists, witness lists, discovery and deposition designations); file oppositions to motions *in limine*. |
| **October 26, 2022** | File Notice of Request for Daily Transcript or Real Time Reporting. If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and e-mail the Court Reporter, Kristie Davis at kmdaviscsr@yahoo.com.<br>Deadline to meet and confer regarding remaining objections and disputes on motions *in limine*. |
| **November 4, 2021** | File joint notice identifying remaining objections to pretrial disclosures and disputes on motion *in limine*. |

| | |
|---|---|
| **November 9, 2022** | Final Pretrial Conference. |
| **December 5, 2023** | Jury Selection/Trial for three of the above captioned cases. |
| **February 6, 2023** | Jury Selection/Trial for three of the above captioned cases. |
| **March 6, 2023** | Jury Selection/Trial for remaining cases of the above captioned cases. |

.

SIGNED this 29th day of November, 2021

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE