# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC D/B/A | § | CIVIL ACTION 6:20-cv-1163-ADA |
| BRAZOS LICENSING AND | § | CIVIL ACTION 6:20-cv-1164-ADA |
| DEVELOPMENT, | § | CIVIL ACTION 6:20-cv-1165-ADA |
| *Plaintiff*, | § | CIVIL ACTION 6:20-cv-1166-ADA |
| | § | CIVIL ACTION 6:20-cv-1167-ADA |
| v. | § | CIVIL ACTION 6:20-cv-1168-ADA |
| | § | CIVIL ACTION 6:20-cv-1169-ADA |
| SALESFORCE.COM, INC., | § | CIVIL ACTION 6:20-cv-1170-ADA |
| *Defendant.* | § | CIVIL ACTION 6:20-cv-1171-ADA |
| | § | CIVIL ACTION 6:20-cv-1172-ADA |

## JOINT NOTICE REGARDING EXTENSION OF DEADLINES

TO THE HONORABLE COURT:

Plaintiff WSOU Investments LLC d/b/a Brazos Licensing and Development ("Plaintiff") and Defendant Salesforce.com, Inc. ("Defendant"), pursuant to the Court's Standing Order Regarding Joint or Unopposed Request to Change Deadlines, submit this Joint Notice to memorialize their agreement to extend certain deadlines. Specifically, the Parties jointly agree to modify the Court's schedule as follows:

| | |
|---|---|
| Deadline to serve Final Infringement and Invalidity Contentions. | February 24, 2022 |

Dated: February 10, 2022

By: */s/ Mark D. Siegmund*
Mark D. Siegmund
State Bar No. 24117055
**STECKLER WAYNE COCHRAN CHERRY, PLLC**
8416 Old McGregor Road
Waco, Texas 76712
Telephone: (254) 651-3690
Facsimile: (254) 651-3689
mark@swclaw.com

James L. Etheridge

        Texas Bar No. 24059147
Ryan S. Loveless
Texas Bar No. 24036997
Brett A. Mangrum
Texas Bar No. 24065671
Travis L. Richins
Texas Bar No. 24061296
Jeff Huang
Etheridge Law Group, PLLC
2600 E. Southlake Blvd., Suite 120 / 324
Southlake, TX 76092
Tel.: (817) 470-7249
Fax: (817) 887-5950
Jim@EtheridgeLaw.com
Ryan@EtheridgeLaw.com
Brett@EtheridgeLaw.com
Travis@EtheridgeLaw.com
Jeff@EtheridgeLaw.com

***Attorneys for Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development***

Dated: February 10, 2022

Respectfully submitted,

*/s/ Sam Stake*

Scott L. Cole
scottcole@quinnemanuel.com
Quinn Emanuel Urquhart & Sullivan, LLP
201 West 5th Street
11th Floor
Austin, TX 78701
Telephone: (737) 667-6104

Kevin P.B. Johnson
kevinjohnson@quinnemanuel.com
Todd Briggs
toddbriggs@quinnemanuel.com
Ray R. Zado
rayzado@quinnemanuel.com
Quinn Emanuel Urquhart & Sullivan, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Sam Stake
samstake@quinnemanuel.com

>Quinn Emanuel Urquhart & Sullivan, LLP
>50 California Street, Floor 22,
>San Francisco CA 94111
>Telephone: (415) 875-6600
>Facsimile: (415) 875-6700
>
>***Attorneys for Defendant salesforce.com, inc.***