# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>Plaintiff,<br><br>v.<br><br>SALESFORCE.COM, INC.,<br><br>Defendants. | CIVIL ACTION 6:20-cv-01163-ADA<br>CIVIL ACTION 6:20-cv-01164-ADA<br>CIVIL ACTION 6:20-cv-01165-ADA<br>CIVIL ACTION 6:20-cv-01166-ADA<br>CIVIL ACTION 6:20-cv-01167-ADA<br>CIVIL ACTION 6:20-cv-01168-ADA<br>CIVIL ACTION 6:20-cv-01169-ADA<br>CIVIL ACTION 6:20-cv-01170-ADA<br>CIVIL ACTION 6:20-cv-01171-ADA<br>CIVIL ACTION 6:20-cv-01172-ADA<br><br>**JURY TRIAL DEMANDED** |

## ORDER OF LIMITED REFERRAL

Under Rule 1 of the Local Rules for the Assignment of Duties to United States Magistrate Judges, Appendix C of the Local Court Rules of the United States District Court for the Western District of Texas, the April 19, 2022, discovery hearing in the above captioned cases is referred to United States Magistrate Judge Derek T. Gilliland.

**SIGNED** this 13th day of April, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE